Michelle R. Ghidotti, Esq.
Miller & Clark, PC
9 Executive Circle, Ste 110
Irvine, CA 92614
Phone (949) 930-8214
Fax    (949) 930-8218

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

In re: SAIPELE SIAOSI and MARY J. SIAOSI,  )    Case No. 06-41409-PHB
                                              )

                                               )    **NOTICE OF MOVANT'S WITHDRAWAL OF**
                                               )    **MOTION FOR TERMINATION OF**
                                               )    **STAY UNDER SECTION 362(d)**
                                               )    **OF THE BANKRUPTCY CODE AND**
                                               )    **AUTHORIZATION TO PROCEED**
                         Debtors.    )    **WITH FORECLOSURE**
                                               )

## NOTE FOR MOTION CALENDAR:

**DATE**:    October 10, 2006
**TIME**:    9:30 a.m.
**PLACE**: 1717 Pacific Ave.
           Tacoma, WA  98402

///

///

///

///

///

NOTICE OF MOVANT'S WITHDRAWAL OF MOTION FOR RELIEF FROM STAY - 1

MILLER & CLARK, PC
**MICHELLE R. GHIDOTTI**
9 EXECUTIVE CIRLCE, STE. 110
IRVINE, CA  92614

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FREMONT INVESTMENT AND LOAN, ITS SUCCESSORS AND ASSIGNS withdraws its Motion for Relief from Stay (the "Motion") filed on September 8, 2006 without prejudice and request that the hearing on the Motion scheduled for October 10, 2006 be taken off of the Court's calendar.

DATED this 19th day of September, 2006.

MILLER & CLARK, PC
Attorneys for Mortgage Electronic Registration Systems, Inc.,
as nominee for Fremont Investment and Loan, Its Successors and Assigns


By:_____/s/ Michelle R. Ghidotti_____
    Michelle R. Ghidotti
    WSBA# 36337

NOTICE OF MOVANT'S  WITHDRAWAL OF MOTION FOR RELIEF FROM STAY - 2