Michelle R. Ghidotti, Esq, (WSBA# 36337)
MILLER & CLARK, PC
9 Executive Circle, Suite 110
Irvine, CA 92614
Telephone: (949) 930-8214
Facsimile: (949) 930-8218

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| In re: SAIPELE SIAOSI and MARY J. SIAOSI, | Case No. 06-41409-PHB |
|---|---|
| Debtors. | **CERTIFICATE OF MAILING** |

The undersigned, being first duly sworn, upon oath deposes says:

That on September 21, 2006, he placed in the United States mail, first class, postage prepaid, true and correct copies of the Notice of Movant's Withdrawal of Motion for Termination of Stay Under Section 362(d) of the Bankruptcy Code and Authorization to Proceed with Foreclosure addressed to the below-listed parties:

DEBTORS
SAIPELE SIAOSI
MARY J. SIAOSI
511 South 92nd
Tacoma, WA 98444

DEBTORS' ATTORNEY
KENNETH E. ROSSBACK
3219 6th Ave
Tacoma, WA 98406-5901

| | |
|---|---|
| 1 | <u>TRUSTEE</u><br>DAVID M. HOWE |
| 2 | 1551 Broadway, Ste 600<br>Tacoma, WA 98402 |
| 3 | |
| 4 | <u>U.S. TRUSTEE</u><br>OFFICE OF THE U.S. TRUSTEE<br>700 Stewart St., Ste. 5103 |
| 5 | Seattle, WA 98101 |
| 6 | |
| 7 | Signed at Irvine, California on September 21, 2006. |
| 8 | |
| 9 | <u>/s/ JONG F. TANOPO</u><br>JONG F. TANOPO |